UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,

      Plaintiffs,

v.                               Case No.  8:21-cv-2536-SCB-AEP

MICHAEL THOMAS LAROCCA, D.C.,
BLAKE THOMAS LAROCCA,
MICHAEL AUGUST MAJOR, D.C.,
JASON EDWARD HUNT, D.C.,
ANTOINETTE DENISE STEWART, D.C.,
RUTH GERMAINE GRIFFIN, D.C.,
SAVANNAH JANE MAYBERRY, D.C.,
MOUNIR SEMIA, D.C., TOBIAS BACANER, M.D.,
CECILIO TORRES-RUIZ, M.D., LORI REBEIN, NP-C,
ALL ACCIDENTS CHIROPRACTIC CENTER, PLLC,
LAROCCA CHIROPRACTIC CENTERS, LLC,
LAROCCA CHIROPRACTIC INJURY CENTER, LLC,
LAROCCA INJURY CENTERS LLC, AND
LAROCCA AUTO INJURY CENTER, LLC,

      Defendants.
_____/

**<u>VERDICT FORM</u>**

## **State Farm's Fraud Claim**

(1)  Have Plaintiffs proven their fraud claim by a preponderance of the evidence against:

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | ✓ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | ✓ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | ✓ |
| (d) LaRocca Injury Centers LLC | _____ | ✓ |
| (e) LaRocca Auto Injury Center LLC | _____ | ✓ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | ✓ |
| (g) Blake LaRocca (Office Administrator) | _____ | ✓ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | ✓ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | ✓ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | ✓ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | ✓ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | ✓ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | ✓ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | ✓ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | ✓ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | ✓ |

(2)  If your response to Question 1 was "No" as to all the Defendants, your verdict is for Defendants as to the fraud claim, and you may proceed to Question 6. If your response to Question 1 was "Yes" as to any of the Defendants, you must next consider Defendants' affirmative defense of the voluntary payment doctrine. Have those Defendants for which you

2

answered "Yes" in Question 1 proven the affirmative defense of the
voluntary payment doctrine by a preponderance of the evidence? Only
answer this question as to any Defendant for which you answered "Yes"
in Question 1.

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | _____ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | _____ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | _____ |
| (d) LaRocca Injury Centers LLC | _____ | _____ |
| (e) LaRocca Auto Injury Center LLC | _____ | _____ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | _____ |
| (g) Blake LaRocca (Office Administrator) | _____ | _____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | _____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | _____ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | _____ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | _____ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | _____ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | _____ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | _____ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | _____ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | _____ |

3

(3)     If you answered "Yes" for all the Defendants to which Question 2 pertains, your verdict is for Defendants as to the fraud claim, and you may proceed to Question 6. If you answered "No" for any Defendants to which Question 2 pertains, please state the total damages you award **State Farm Fire** and/or **State Farm Mutual** on their fraud claim:

**State Farm Fire**          $_____

**State Farm Mutual**      $_____

(4)     Do you find that all Defendants for which you answered "No" in Question 2 are jointly and severally liable for the total amount of damages awarded above in Question 3?

|  | Yes | No |
|---|---|---|
|  | _____ | _____ |

(5)     If your response to the preceding question was "Yes", proceed to Question 6 below. However, if your response to the preceding question was "No", enter the portion of the total damages from Question 3 for which each Defendant for which you answered "No" in Question 2 is responsible:

| | State Farm Fire | State Farm Mutual |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | $_____ | $_____ |
| (b) LaRocca Chiropractic Centers, LLC | $_____ | $_____ |
| (c) LaRocca Chiropractic Injury Center LLC | $_____ | $_____ |
| (d) LaRocca Injury Centers LLC | $_____ | $_____ |
| (e) LaRocca Auto Injury Center LLC | $_____ | $_____ |
| (f) Michael LaRocca (Owner/Chiropractor) | $_____ | $_____ |
| (g) Blake LaRocca (Office Administrator) | $_____ | $_____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | $_____ | $_____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | $_____ | $_____ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | $_____ | $_____ |

4

(k) Savannah Mayberry (Assoc. Chiropractor)     $_____     $_____

(l) Mounir Semia (Assoc. Chiropractor)          $_____     $_____

(m) Antoinette Stewart (Assoc. Chiropractor)    $_____     $_____

(n) Tobias Bacaner (Medical Doctor)             $_____     $_____

(o) Lori Rebein (Nurse Practitioner)            $_____     $_____

(p) Cecilio Torres-Ruiz (Medical Doctor)        $_____     $_____

The total of the damages must add up to the amount of damages you awarded in Question 3 as to each Plaintiff.

## State Farm's Civil Conspiracy Claim

(6)    Have Plaintiffs proven their civil conspiracy claim by a preponderance of the evidence against:

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | ✓ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | ✓ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | ✓ |
| (d) LaRocca Injury Centers LLC | _____ | ✓ |
| (e) LaRocca Auto Injury Center LLC | _____ | ✓ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | ✓ |
| (g) Blake LaRocca (Office Administrator) | _____ | ✓ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | ✓ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | ✓ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | ✓ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | ✓ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | ✓ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | ✓ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | ✓ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | ✓ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | ✓ |

(7)    If your response to Question 6 was "No" as to all the Defendants, your verdict is for Defendants as to the civil conspiracy claim, and you may proceed to Question 11. If your response to Question 6 was "Yes" as to any of the Defendants, you must next consider Defendants' affirmative defense of the voluntary payment doctrine. Have those Defendants for

6

which you answered "Yes" in Question 6 proven the affirmative defense of the voluntary payment doctrine by a preponderance of the evidence? Only answer this question as to any Defendant for which you answered "Yes" in Question 6.

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | _____ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | _____ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | _____ |
| (d) LaRocca Injury Centers LLC | _____ | _____ |
| (e) LaRocca Auto Injury Center LLC | _____ | _____ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | _____ |
| (g) Blake LaRocca (Office Administrator) | _____ | _____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | _____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | _____ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | _____ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | _____ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | _____ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | _____ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | _____ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | _____ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | _____ |

(8)   If you answered "Yes" for all the Defendants to which Question 7 pertains, your verdict is for Defendants as to the civil conspiracy claim, and you may proceed to Question 11. If you answered "No" for any Defendants to which Question 7 pertains, please state the total damages you award **State Farm Fire** and/or **State Farm Mutual** on their civil conspiracy claim:

      **State Farm Fire**      $_____

      **State Farm Mutual**      $_____

(9)   Do you find that all Defendants for which you answered "No" in Question 7 are jointly and severally liable for the total amount of damages awarded above in Question 8?

      **Yes**      **No**

      _____      _____

(10)  If your response to the preceding question was "Yes", proceed to Question 11 below. However, if your response to the preceding question was "No", enter the portion of the total damages from Question 8 for which each Defendant for which you answered "No" in Question 7 is responsible:

| | State Farm Fire | State Farm Mutual |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | $_____ | $_____ |
| (b) LaRocca Chiropractic Centers, LLC | $_____ | $_____ |
| (c) LaRocca Chiropractic Injury Center LLC | $_____ | $_____ |
| (d) LaRocca Injury Centers LLC | $_____ | $_____ |
| (e) LaRocca Auto Injury Center LLC | $_____ | $_____ |
| (f) Michael LaRocca (Owner/Chiropractor) | $_____ | $_____ |
| (g) Blake LaRocca (Office Administrator) | $_____ | $_____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | $_____ | $_____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | $_____ | $_____ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | $_____ | $_____ |

(k) Savannah Mayberry (Assoc. Chiropractor)          $_____          $_____

(l) Mounir Semia (Assoc. Chiropractor)               $_____          $_____

(m) Antoinette Stewart (Assoc. Chiropractor)         $_____          $_____

(n) Tobias Bacaner (Medical Doctor)                  $_____          $_____

(o) Lori Rebein (Nurse Practitioner)                 $_____          $_____

(p) Cecilio Torres-Ruiz (Medical Doctor)             $_____          $_____

The total of the damages must add up to the amount of damages you awarded in Question 8 as to each Plaintiff.

## **State Farm's Unjust Enrichment Claim**

(11)  Have Plaintiffs proven their unjust enrichment claim by a preponderance of the evidence against:

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | ✓ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | ✓ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | ✓ |
| (d) LaRocca Injury Centers LLC | _____ | ✓ |
| (e) LaRocca Auto Injury Center LLC | _____ | ✓ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | ✓ |
| (g) Blake LaRocca (Office Administrator) | _____ | ✓ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | ✓ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | ✓ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | ✓ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | ✓ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | ✓ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | ✓ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | ✓ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | ✓ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | ✓ |

(12)  If your response to Question 11 was "No" as to all the Defendants, your verdict is for Defendants as to the unjust enrichment claim, and you may proceed to Question 16. If your response to Question 11 was "Yes" as to any of the Defendants, you must next consider Defendants' affirmative defense of the voluntary payment doctrine. Have those Defendants for

which you answered "Yes" in Question 11 proven the affirmative defense of the voluntary payment doctrine by a preponderance of the evidence? Only answer this question as to any Defendant for which you answered "Yes" in Question 11.

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | _____ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | _____ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | _____ |
| (d) LaRocca Injury Centers LLC | _____ | _____ |
| (e) LaRocca Auto Injury Center LLC | _____ | _____ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | _____ |
| (g) Blake LaRocca (Office Administrator) | _____ | _____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | _____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | _____ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | _____ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | _____ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | _____ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | _____ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | _____ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | _____ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | _____ |

(13)   If you answered "Yes" for all the Defendants to which Question 12 pertains, your verdict is for Defendants as to the unjust enrichment claim, and you may proceed to Question 16. If you answered "No" for any Defendants to which Question 12 pertains, please state the total damages you award **State Farm Fire** and/or **State Farm Mutual** on their unjust enrichment claim:

> **State Farm Fire**       $_____

> **State Farm Mutual**    $_____

(14)   Do you find that all Defendants for which you answered "No" in Question 12 are jointly and severally liable for the total amount of damages awarded above in Question 13?

|  | Yes | No |
|---|---|---|
|  | _____ | _____ |

(15)   If your response to the preceding question was "Yes", proceed to Question 16 below. However, if your response to the preceding question was "No", enter the portion of the total damages from Question 13 for which each Defendant for which you answered "No" in Question 12 is responsible:

|  | State Farm Fire | State Farm Mutual |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | $_____ | $_____ |
| (b) LaRocca Chiropractic Centers, LLC | $_____ | $_____ |
| (c) LaRocca Chiropractic Injury Center LLC | $_____ | $_____ |
| (d) LaRocca Injury Centers LLC | $_____ | $_____ |
| (e) LaRocca Auto Injury Center LLC | $_____ | $_____ |
| (f) Michael LaRocca (Owner/Chiropractor) | $_____ | $_____ |
| (g) Blake LaRocca (Office Administrator) | $_____ | $_____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | $_____ | $_____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | $_____ | $_____ |

(j)  Michael Major (Co-Owner of one Clinic/Chiropr.) $_____      $_____

(k)  Savannah Mayberry (Assoc. Chiropractor)          $_____      $_____

(l)  Mounir Semia (Assoc. Chiropractor)               $_____      $_____

(m) Antoinette Stewart (Assoc. Chiropractor)          $_____      $_____

(n)  Tobias Bacaner (Medical Doctor)                  $_____      $_____

(o)  Lori Rebein (Nurse Practitioner)                 $_____      $_____

(p)  Cecilio Torres-Ruiz (Medical Doctor)             $_____      $_____

The total of the damages must add up to the amount of damages you awarded in Question 13 as to each Plaintiff.

13

**State Farm's Claim Under Florida's Deceptive and Unfair Trade Practices Act**

(16)   Have Plaintiffs proven their claim under Florida's Unfair and Deceptive Trade Practices Act (FDUTPA) by a preponderance of the evidence against:

| | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | ✓ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | ✓ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | ✓ |
| (d) LaRocca Injury Centers LLC | _____ | ✓ |
| (e) LaRocca Auto Injury Center LLC | _____ | ✓ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | ✓ |
| (g) Blake LaRocca (Office Administrator) | _____ | ✓ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | ✓ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | ✓ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | ✓ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | ✓ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | ✓ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | ✓ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | ✓ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | ✓ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | ✓ |

(17)   If your response to Question 16 was "No" as to all the Defendants, your verdict is for Defendants as to the FDUTPA claim, and you may proceed to the Recommendation on page 17 below. If your response to Question 16 was "Yes" as to any of the Defendants, you must next consider

Defendants' affirmative defense of the voluntary payment doctrine. Have those Defendants for which you answered "Yes" in Question 16 proven the affirmative defense of the voluntary payment doctrine by a preponderance of the evidence? Only answer this question as to any Defendant for which you answered "Yes" in Question 16.

|  | Yes | No |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | _____ | _____ |
| (b) LaRocca Chiropractic Centers, LLC | _____ | _____ |
| (c) LaRocca Chiropractic Injury Center LLC | _____ | _____ |
| (d) LaRocca Injury Centers LLC | _____ | _____ |
| (e) LaRocca Auto Injury Center LLC | _____ | _____ |
| (f) Michael LaRocca (Owner/Chiropractor) | _____ | _____ |
| (g) Blake LaRocca (Office Administrator) | _____ | _____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | _____ | _____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | _____ | _____ |
| (j) Michael Major (Co-Owner of one Clinic/Chiropr.) | _____ | _____ |
| (k) Savannah Mayberry (Assoc. Chiropractor) | _____ | _____ |
| (l) Mounir Semia (Assoc. Chiropractor) | _____ | _____ |
| (m) Antoinette Stewart (Assoc. Chiropractor) | _____ | _____ |
| (n) Tobias Bacaner (Medical Doctor) | _____ | _____ |
| (o) Lori Rebein (Nurse Practitioner) | _____ | _____ |
| (p) Cecilio Torres-Ruiz (Medical Doctor) | _____ | _____ |

(18)   If you answered "Yes" for all the Defendants to which Question 17 pertains, your verdict is for Defendants as to the FDUTPA claim, and you may proceed to the Recommendation on page 17 below. If you answered "No" for any Defendants to which Question 17 pertains, please state the total damages you award **State Farm Fire** and/or **State Farm Mutual** on their FDUTPA claim:

**State Farm Fire**        $_____

**State Farm Mutual**      $_____

(19)   Do you find that all Defendants for which you answered "No" in Question 17 are jointly and severally liable for the total amount of damages awarded above in Question 18?

|  | Yes | No |
|---|---|---|
|  | _____ | _____ |

(20)   If your response to the preceding question was "Yes", proceed to the Recommendation on page 17 below. However, if your response to the preceding question was "No", enter the portion of the total damages from Question 18 for which each Defendant for which you answered "No" in Question 17 is responsible:

| | State Farm Fire | State Farm Mutual |
|---|---|---|
| (a) All Accidents Chiropractic Center, PLLC | $_____ | $_____ |
| (b) LaRocca Chiropractic Centers, LLC | $_____ | $_____ |
| (c) LaRocca Chiropractic Injury Center LLC | $_____ | $_____ |
| (d) LaRocca Injury Centers LLC | $_____ | $_____ |
| (e) LaRocca Auto Injury Center LLC | $_____ | $_____ |
| (f) Michael LaRocca (Owner/Chiropractor) | $_____ | $_____ |
| (g) Blake LaRocca (Office Administrator) | $_____ | $_____ |
| (h) Ruth Griffin (Assoc. Chiropractor) | $_____ | $_____ |
| (i) Jason Hunt (Co-Owner of one Clinic/Chiropractor) | $_____ | $_____ |

16

(j)  Michael Major (Co-Owner of one Clinic/Chiropr.) \$_____    \$_____

(k) Savannah Mayberry (Assoc. Chiropractor)          \$_____    \$_____

(l) Mounir Semia (Assoc. Chiropractor)               \$_____    \$_____

(m) Antoinette Stewart (Assoc. Chiropractor)         \$_____    \$_____

(n) Tobias Bacaner (Medical Doctor)                  \$_____    \$_____

(o) Lori Rebein (Nurse Practitioner)                 \$_____    \$_____

(p) Cecilio Torres-Ruiz (Medical Doctor)             \$_____    \$_____

The total of the damages must add up to the amount of damages you awarded in Question 18 as to each Plaintiff.

### Recommendation Regarding State Farm's Declaratory Judgment Claim Against LaRocca Clinics

If you answered "Yes" to Question 1(a), (b), (c), (d), and/or (e), then answer the question below. If you answered "No" to Questions 1(a)-(e), then skip the question below and sign and date the verdict form.

Do you recommend finding that State Farm Mutual and/or State Farm Fire do not have to pay the Unpaid Claims submitted by Defendants since the filing of the Complaint in October 2021 because those bills are fraudulent?

|                    | Yes | No |
|--------------------|-----|-----|
| State Farm Mutual  |     | ✓ |
| State Farm Fire    |     | ✓ |

Sign and date this verdict form and return it to the courtroom:

**SO SAY WE ALL** this 7TH day of November , 2023.



Foreperson

17